IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON O'NEIL, | § | |
| | § | |
| Defendant Below, | § | No. 38, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1107024171A (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 2, 2018
Decided: December 14, 2018

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court's opinion, dated December 18, 2017, denying the appellant's first motion for postconviction relief.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice